IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONDELL SLAUGHTER,

Petitioner,

v.

CYNTHIA LINK, et al.,

Respondents.

CIVIL ACTION
NO. 16-4143

## ORDER

**AND NOW**, this 30th day of April 2018, upon careful consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Petitioner's Memorandum of Law (Doc. No. 11), the Government's Response (Doc. No. 18), Petitioner's Reply (Doc. No. 21), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. No. 22), and Petitioner's Objections to the Report and Recommendation (Doc. No. 24), it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 22) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.